No. 3,691.—EDWARD F. McRAE, Appellant, *v.* BENJAMIN LETHLEAN et al., Respondents.

*Appeal from District Court of Fergus County; Roy E. Ayers, Judge.*

Decided July 6, 1915.

PER CURIAM.—Respondents' motion to dismiss the appeal herein on the ground of laches is hereby sustained and the appeal ordered dismissed.

*Mr. J. C. Huntoon* and *Mr. Charles J. Marshall,* for Respondents.

---

No. 3,664.—C. W. GARDNER, Respondent, *v.* EDWARD JENKINS et al., Appellants.

*Appeal from District Court of Carbon County; Geo. W. Pierson, Judge.*

Decided September 13, 1915.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with the stipulation of counsel.

*Mr. C. L. Merrill,* for Appellants.

*Mr. James R. Goss,* for Respondent.